UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:16 CR 380 CDP |
| DOUGLAS DRUGER, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on defendant Douglas Druger's Motion to Suppress Evidence [101] and his Motion to Suppress Electronic Surveillance Evidence [91].

All pretrial motions were referred to United States Magistrate Shirley Padmore Mensah under 28 U.S.C. § 636(b). Judge Mensah conducted an evidentiary hearing on these motions on March 15, 2017. She then filed a Report and Recommendation and Memorandum on defendant Druger's motions, recommending that both motions be denied. No party has objected to the recommended dispositions of these motions and the time for doing so has expired.

Based on my review of the record before Judge Mensah, I conclude that Judge Mensah's reasoning and conclusions are entirely correct. As there are no objections to recommendations, I will adopt and sustain the thorough reasoning of

Magistrate Judge Mensah and will deny the motions to Suppress Evidence and to Suppress Electronic Surveillance Evidence.

Accordingly,

**IT IS HEREBY ORDERED** that the Reports and Recommendation of the United States Magistrate Judge [137] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant Douglas Druger's Motion to Suppress Evidence [101] and Defendant Douglas Druger's Motion to Suppress Electronic Surveillance Evidence [91] are **DENIED.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of June, 2017.