RECEIVED
AUG 31 2017
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> DOUGLAS DRUGER, ) <br> Defendant ) | No. 4:16 CR 380 CDP |

# MOTION TO DISMISS

# APPOINTED COUNSEL

Comes now the Defendant, Douglas Druger Pro Per Litigant, before this honorable court with the above forementioned motion to be addressed by the Honorable Judge Catherine D. Perry. In support of motion the Defendant states as follows:

(1)

1) INADEQUATE ASSISTANCE OF COUNSEL

2) CONFLICT OF INTEREST

3) DEPRIVATION OF RIGHTS

The defendant respectfully requests that the honorable court order motion to dismiss court appointed counsel on the defendant's behalf relieving Mr. Jason A. Korner of his obligated duties to his client due to Mr Korner's personal negligence in obliging defendant's legal requests and/or expectations, therefore inhibiting the defendant's lawfull ability to due process of the law. Furthermore the defendant request the court to enter an order requiring the Law office of Mr. Jason. A. Korner make a complete, full, and exact copy of the defendant's personal file to be delivered to Douglas Druger within 14 days of this courts order, or in a reasonable amount of time that this honorable court deems fit. Being competent and of sound mind henceforth Douglas Druger shall address all legal matters on his own behalf.

Respectfully Submitted,

Douglas Druger
Douglas Druger

(2)

Douglas Druett
Lincoln Co. Jail
65 Business Park Dr.
Troy, MO 63379

SAINT LOUIS MO 630
30 AUG 2017 PM 10 L

United States Federal Court
Eastern District, Circuit Clerk
111 South 10th Street
St. Louis, MO 63102

RECEIVED
AUG 31 2017
BY MAIL

63102-112599