RECEIVED
AUG 31 2017
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | |
| ) | |
| v. ) | NO: 4:16 CR 380 CDP |
| ) | |
| DOUGLAS DRUGER, ) | |
| Wrongfully Accused ) | |

# NOTICE OF SPECIAL APPEARANCE

Comes now the defendant, Douglas Druger Pro Per litigant, and respectfully request the honorable court take notice and enter the defendant's entry of Special Appearance for any and all pertaining instances amongst the court.

The defendant wishes to address the court on record stating that as a sovereign person at any and all times only appears before this honorable court and the executive branch whom has brought the alleged charges against his person, by special appearance.

[CRUDEN v. NEALE, 2 N.C. 338 (1796) 2 S.E. 70] "Every man is independant of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellow-man without his consent."

(1)

The defendant does not now or at anytime willfully consent oneself as a sovereign person to the jurisdiction of this honorable court, nor does the defendant at anytime during this or any previous proceeding voluntarily or willfully surrender jurisdiction of any kind to the executive branch which has placed the alleged charges against my person.

> STATE OF MISSOURI CONSTITUTION of 1875 ARTICLE II, SECTION 4 STATES- That all Constitutional Government is intended to promote the general welfare of the people; that all persons have a natural right to life, liberty, the pursuit of happiness and the enjoyment of the gains of their own industry; that all persons are created equal and are entitled to equal rights and opportunity under the law; that to give security to these things is the principal office of government, and that when government does not confer this security, it fails in its chief design.

In fact the defendant appears by special appearance questioning the civil and/or contractual jurisdiction of the executive branch whom has brought forth the alleged charges.

> OLD WAYNE MUT. L. ASSOC. v. MCDONOUGH, 204 U.S. 8, 27 S.Ct. 236 (1907) "A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well established law that a void order can be challenged in any court."

(2)

Once jurisdiction of any matter has been challenged it must be proven on record before the honorable court by the executive branch, not by the honorable court.

Williamson v. Berry 8 How. 945, 540 12 L. Ed. 1170, 1189 (1850)

"Courts are constituted by authority and they cannot go beyond that authority, and certainly in contravention of it, their judgments and orders are regarded as nullities; they are not voidable, but simply void, and this even prior to reversal."

The defendant presents himself only as a sovereign person before this honorable court UNDER DIRECT THREAT, DURESS AND/OR COERCION requesting that jurisdiction be proven on record before this honorable court by the executive branch to ensure that ones civil liberty to Due Process has not been infringed upon with the execution of the malicious prosecution on behalf of the executive branch.

Melo v. U.S. 505 F.2d 1026

"Once jurisdiction is challenged, this court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but rather should dismiss the action."

Including but not limited to an unreasonable bond, or lack thereof that is currently imposed upon the defendant for the alleged criminal charges imposed by the executive branch.

Galations 5:1 "It is for freedom that Christ has set us free, stand firm, then, and do not let yourselves be burdened again by a yoke of slavery."

(3)

The Issues,

1) It is the responsibility of the Executive Branch of the United States Government, to present its proof, from existing files, that it has in some manner, in conformance to the restriction set forth and established in the 13th Amendment to the Federal Constitution, that the United States Government has gained my voluntary agreement to be subservient to the Political or Civil contractual jurisdiction of the U.S. Government.

2) As the United States Government has no ability to establish that it has political or civil contractual jurisdiction over me, as required of the State of Missouri, under the prohibition of involuntary servitude mandate established in the 13th Amendment to the Federal Constitution, this honorable court has no standing to inquire of me as to my political or civil contractual status, for this court to do so would indicate this court to be biased against me, in favor of the charging party. Such action would constitute a violation of the Seperation of Powers Doctrine, and disqualify the Judge of this honorable court from any further participation in this matter.

3) The United States Government must present it's proof from it's existing files, and if the United States Government claims to have such proof, such must be presented to me in writing, and I must be accorded a reasonable opportunity to subpoena witnesses and gather evidence in opposition.

(4)

4) As it is a foregone conclusion that the Executive Branch of the United States Government will not be able to present any acceptable proof, because any proof that it might present would have been obtained through fraudulent inducement, not through my honorable and forthright means.

5) In consideration of the foregoing, this honorable court has no option, other than to cease and desist all charges lodged against Douglas Lee Druger, a sovereign person, by the Executive Branch of the United States Government.

> "The Constitution is a contract that we the people of the United States of America made with one another which sets up the machinery of government to carry out this contract - mainly for the purpose of protecting Individual Rights as well as State Rights against the powers of Government; and no public official has a right to override the provisions of that contract." (William Cooper, Behold a Pale Horse)

Discussion

The issue of this Notice and Demand is limited to examining the issue of whether or not the Executive Branch of the United States Government can, present proof that it has Political or Civil Contractual Jurisdiction over Douglas Druger a sovereign person.

The relationship of my standing to the United States Government is a political issue based on the Executive Branch's Compliance with the Federal 13th Amendment, it is not a Judicial issue. This is true because the Political status

(5)

of everyone can only be determined by the voluntary act of each individual, based on their own choice, as is clearly established in the prohibition of involuntary servitude, set forth and established in the 13th Amendment of the Federal Constitution, therefore the burden of proof lies upon the charging party at all times.

> "The Authority of the Constitution is grounded upon the absolute, God-given free agency of each individual, and this is the basis of all powers granted, reserved or withheld in the authorization of every word, phrase, clause or paragraph of the Constitution. Any attempt by Congress, the President, or the Courts to limit, change, or enlarge even the most claimed insignificant provision is therefore ultra vires and void ab initio" Martin v. Mahoney (Feb 5, 1969)

Due to the fact that it will not be possible for the Executive Branch of the United States Government to present valid proof in conformance with the Federal 13th Amendment, I, Douglas Druger wrongfully Accused, respectfully demand that the charges lodged against me be ordered to cease and desist under the color of law against the sovereign, also demanding this honorable court order the release of Douglas Druger from the unlawful detention of the U.S. Marshall Services, and that the Defendant be awarded any and all additional relief to which he might be entitled to.

(6)

## Additional Notice to this Honorable Court

Due to the fact that it will not be possible for the Executive Branch of the United States Government to present proof in conformance with the 13th Amendment of the federal Constitution that the Executive Branch has properly gained either Political or Civil Contractual Jurisdiction over me, I Douglas Druger a sovereign person present myself by Special Appearance to this honorable court only and until the Executive Branch presents to me its proof that it has such dominion over me, which I am not able to refute.

Let this Honorable Court of the United States Government be hereby advised, should the Executive Branch present such proof to me, in writing, that I cannot refute, I will then conform to any order of this Honorable Court.

Proceeding at all times under direct Threat, Duress, and Coercion

Respectfully Submitted

*Douglas Druger*

Douglas Druger
Lincoln County Jail
65 Business Park Drive
Troy, Mo 63379

(7)